**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADI Liquidation, Inc. | ) | |
| (f/k/a AWI Delaware, Inc.), *et al*., | ) | Case No. 14-12092 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:  December 29, 2016 at 10:00 am** |
| | ) | **Objection Deadline: December 20, 2016 at 4:00 pm** |
| | ) | **(extended for the undersigned to 11:59 p.m.)** |
| _____ | ) | |
| | ) | |
| AW Liquidation, Inc. (f/k/a Associated | ) | |
| Wholesalers, Inc.) and WR Liquidation, | ) | |
| Inc. (f/k/a White Rose, Inc.), | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 16-51167 (KJC) |
| | ) | |
| v. | ) | |
| | ) | |
| Divi-S Trans Limited Liability Company, | ) | **Re: D.I. 3950 & 3986** |
| | ) | |
| Defendant. | ) | |

**OBJECTION BY DIVI-S TRANS LIMITED LIABILITY COMPANY TO
PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER FOR PROCEDURES
GOVERNING ADVERSARY ACTIONS AND JOINDER IN RESPONSE OF
DEFENDANT BLOUNT FINE FOODS CORP. TO PLAINTIFFS' MOTION FOR
ENTRY OF AN ORDER FOR PROCEDURES GOVERNING ADVERSARY ACTIONS**

Divi-S Trans Limited Liability Company (the "Defendant"), by and through its undersigned counsel, hereby objects to *Plaintiff's Motion for Procedures Governing Adversary Actions* [D.I 3950; filed 12/6/16] (the "Procedures Motion") for the reasons set forth in the *Response of Defendant Blount Fine Foods Corp.* to the Procedures Motion [D.I. 3986; filed 12/20/16]. Additionally, mediation is not effective, and runs into the risk of turning into a shake-down by Plaintiff, in the absence of a complete factual record, development of which the Procedures Motion seeks to prohibit.

WHEREFORE, Defendant requests that the Procedures Motion be denied unless the provisions contained therein depriving Defendant of its right to conduct pre-mediation discovery and motion practice are stricken.

Dated: December 20, 2016
       Wilmington, Delaware

Respectfully submitted,

KLEIN LLC

*/s/ Julia B. Klein*
Julia B. Klein (Bar No. 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
Fax: (302) 300-1733

*Counsel for Defendant*